# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BL Santa Fe, LLC, *et al.*, | Case No. 21-11190 (MFW) |
| Reorganized Debtors. | (Jointly Administered) |
| In re: | Civil Action No. 1:24-cv-01077-JLH |
| Reorganized Debtor BL Santa Fe, LLC, | Bankruptcy Case No. 21-11190 (MFW) |
| Appellant, | Bankruptcy BAP No. 24-00055 |
| v. | |
| Realty Financial Resources, Inc., | |
| Appellee. | |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE THIRD CIRCUIT

Appellant Reorganized Debtor BL Santa Fe, LLC (the "Appellant") hereby appeals to the United States Court of Appeals for the Third Circuit from the Opinion (D.I. 28) and Order (D.I. 29) entered on October 31, 2025 in the above-captioned matter. This Notice of Appeal is being filed in compliance with 28 U.S.C. § 1291 and Federal Rules of Appellate Procedure 3 and 4.

{02181400;v1 }

| | |
|---|---|
| Dated: November 14, 2025<br>Wilmington, Delaware | **ASHBY & GEDDES P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801<br>Telephone: 302.654.1888<br>gtaylor@ashbygeddes.com<br><br>-and-<br><br>**SNELL & WILMER L.L.P.**<br>Steven D. Jerome *(pro hac vice)*<br>Emily Gildar Yaron *(pro hac vice)*<br>Molly J. Kjartanson *(pro hac vice)*<br>One East Washington Street<br>Suite 2700<br>Phoenix, AZ 85004<br>Telephone: 602.382.6000<br>sjerome@swlaw.com<br>eyaron@swlaw.com<br>mkjartanson@swlaw.com<br><br>*Co-counsel for Reorganized Debtor BL Santa Fe, LLC* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BL Santa Fe, LLC, *et al.*,<br><br>        Reorganized Debtors. | Chapter 11<br><br>Case No. 21-11190 (MFW)<br><br>(Jointly Administered) |
| In re:<br><br>Reorganized Debtor BL Santa Fe, LLC,<br><br>        Appellant,<br><br>    v.<br><br>Realty Financial Resources, Inc.,<br><br>        Appellee. | Civil Action No. 1:24-cv-01077-JLH<br><br>Bankruptcy Case No. 21-11190 (MFW)<br><br>Bankruptcy BAP No. 24-00055 |

## **CERTIFICATE OF SERVICE**

I, Gregory A. Taylor, hereby certify that on November 14, 2025, I caused one copy of the foregoing to be served to (1) all parties of record via CM/ECF and (2) to the parties listed below via electronic mail unless otherwise indicated.

> William E. Chipman , Jr.
> **Chipman Brown Cicero & Cole, LLP**
> 1313 N. Market Street, Suite 5400
> Wilmington, DE 19801
> Tel: (302) 295-0193
> Fax: (302) 295-0199
> Email: chipman@chipmanbrown.com
>
> *Counsel to Appellee*

Dated: November 14, 2025

                                              */s/ Gregory A. Taylor*
                                              Gregory A. Taylor (DE Bar No. 4008)